**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **JUAN ALBERTO MORALES,** § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | **CIVIL ACTION NO. 3:14-cv03531-L** |
| **JPMORGAN CHASE BANK, N.A.** § | |
| **D/B/A CHASE** § | |
| Defendant. § | |

**JOINT NOTICE OF SETTLEMENT**

TO THE HONORABLE SAM A. LINDSAY, UNITED STATES DISTRICT JUDGE:

Juan Alberto Morales (the "Plaintiff") and JPMorgan Chase Bank, N.A. (the "Defendant"), being all of the parties to this lawsuit (Plaintiff and Defendant together, the "Parties"), file this Joint Notice of Settlement and would respectfully show as follows:

1. The Plaintiff commenced this action against the Defendant by filing his Complaint in this Court on September 30, 2014 (Dkt. No. 1).

2. The Parties hereby notify the Court that they have reached a settlement of all matters involved in this lawsuit. The Parties are preparing a settlement agreement. The Parties respectfully request that the deadlines and settings, and any other matters in this case, be stayed due to the pending settlement.

3. The Parties also ask that the Court retain jurisdiction and keep the case open until the settlement can be completed. The Parties anticipate filing a joint motion or stipulation to dismiss this lawsuit with prejudice within 60 days.

WHEREFORE PREMISES CONSIDERED, the Parties notify the Court that they have settled all matters involved in this case. They respectfully request, however, that the Court retain

jurisdiction over the case and keep it open, but stay all pending deadlines, settings and other matters, until such time as the Parties can prepare and file formal dismissal papers.

                Respectfully submitted,

                MANCHEE & MANCHEE, PC

                By:   */s/ James J. Manchee*
                James J. Manchee
                Jim@mancheelawfirm.com
                State Bar No. 00796988
                Marilyn S. Altamira
                Maltamira@mancheelawfirm.net
                Manchee & Manchee, PC
                12221 Merit Drive, Suite 950
                Dallas, TX  75251
                (972) 960-2240 (Telephone)
                (972) 233-0713 (Facsimile)
                ATTORNEYS FOR THE PLAINTIFF

                   and

                QUILLING, SELANDER, LOWNDS
                  WINSLETT & MOSER, P.C.
                2001 Bryan Street, Suite 1800
                Dallas, Texas 75201
                (214) 871-2100 (Telephone)
                (214) 871-2111 (Facsimile)

                By:   */s/ Kenneth A. Hill*
                    Wm. Lance Lewis
                    State Bar No. 12314560
                    Kenneth A. Hill
                    State Bar No. 09646950
                ATTORNEYS FOR THE DEFENDANT

4817-8186-2945, v.  1