IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JUAN ALBERTO MORALES,<br>    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.<br>D/B/A CHASE<br>    Defendant. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 3:14-cv03531-L<br>§<br>§<br>§ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE SAM A. LINDSAY, UNITED STATES DISTRICT JUDGE:

Pursuant to Fed. R. Civ. P. 41(a), Juan Albert Morales (the "Plaintiff") and JPMorgan Chase Bank, N.A. (the "Defendant"), being all of the parties to this lawsuit, hereby dismiss this lawsuit with prejudice, with each party to bear its own fees, costs, and expenses.

Respectfully submitted,

  */s/ James J. Manchee*
JAMES J. MANCHEE
Texas Bar No. 00796988
MANCHEE & MANCHEE, LLP
12221 Merit Drive, Suite 950
Dallas, Texas  75251
(972) 960-2240 Telephone
(972) 233-0713 Facsimile
ATTORNEYS FOR THE PLAINTIFF
    and
QUILLING, SELANDER, LOWNDS
    WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas  75201-4240
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
By:   */s/ Kenneth A. Hill*
    Wm. Lance Lewis
    State Bar No. 12314560
    Kenneth A. Hill
    State Bar No. 09646950
ATTORNEYS FOR THE DEFENDANT

4811-2987-0370, v.  1

**STIPULATION OF DISMISSAL WITH PREJUDICE**                               **Page 1**